UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS VELASCO GOMEZ,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>KRISTI NOEM et al.,<br><br>                    Defendant(s). | CASE NO.<br>2:25−cv−00783−JLR<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−00783−JLR and bear the Judge's name in the upper right hand corner of the document.

DATED May 9, 2025

                                                   Ravi Subramanian
                                                   Clerk of Court

                                                   By:  /s/ Kelly A Miller
                                                          Deputy Clerk